FILED

2015 JUL -8 PM 1: 22

U.S. DISTRICT COURT
N. DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15 CR 260 |
| Plaintiff, | ) | |
| | ) | JUDGE JUDGE GWIN |
| v. | ) | |
| | ) | |
| JASMINE GANAWAY, | ) | I N F O R M A T I O N |
| Defendant. | ) | |
| | ) | Title 18, United States Code, |
| | ) | §§ 641 and 152(1). |

COUNT 1

(Theft of Public Money, 18 U.S.C. § 641)

The United States Attorney charges:

General Allegations

1. In 2006, Defendant JASMINE GANAWAY ("GANAWAY") formed LRG Development ("LRG") which she owned and continuously operated to the present. GANAWAY owned 98% of LRG and a relative, not charged herein, owned the remaining 2%.

2. At all times material herein, GANAWAY maintained a bank account ending in #6978 in her name at Chase.

3. On or about February 28, 2007, GANAWAY purchased real property and a residence on East 146th Street in Cleveland, Ohio ("East 146th Street residence").

4. On or about May 7, 2007, GANAWAY transferred the East 146th Street residence to LRG via a quitclaim deed.

## Housing Choice Voucher Program (Section 8)

5. The Housing Choice Voucher Program (Section 8) was enacted under Title 42, § 1437(f) of the United States Code to provide affordable housing to low-income families. The United States Department of Housing and Urban Development (HUD) makes housing assistance payments to low-income families enrolled in the Section 8 program through public housing authorities such as the Cuyahoga Metropolitan Housing Authority (CMHA). The Section 8 program is fully funded through taxpayers' monies deposited into the United States Treasury.

6. On or about October 13, 2008, J.B., another one of GANAWAY's relatives, not charged herein, completed a CMHA Landlord Certification and Request for Tenancy Approval (RFTA) for the East 146th Street residence. J.B. also filled out a form titled "Automatic HAP Payment Deposit" directing CMHA deposit monthly payments under the depository name of LRG into the Chase checking account ending in #6978.

7. On or about November 14, 2008, another one of GANAWAY's relatives, N.G., not charged herein, executed the RFTA to receive Section 8 benefits administered through the regarding a portion of the East 146th Street residence known as "Unit 3." The RFTA included the following statement just above the signature lines which provided, in pertinent part: "The signers of this RFTA certify that the owner (including the principal or other interested party) is not the parent, child, grandparent, grandchild, sister or brother of any member of the family, unless

2

CMHA has determined that approval notwithstanding such relationship, would provide reasonable accommodation for a family member who is a person with disabilities."

8. On or about January 1, 2009, J.B. and N.G. (who was in the category of relatives described above) entered into a lease agreement for the East 146th Street residence with a monthly rent of $575.00. N.G. was responsible to pay $393.00 of the monthly rent and Section 8 was to pay the remaining $182.00.

9. On or about January 7, 2009, J.B., on behalf of LRG, executed a Housing Assistance Payments Contract (HAP Contract) with CMHA for the Section 8 program for the East 146th Street residence, Suite 3.

10. Between on or about January 16, 2009, and on or about February 3, 2015, CMHA made monthly deposits under the Section 8 program into GANAWAY's Chase checking account ending in #6978 totaling approximately $35,611.

## Statutory Violation

11. Between on or about January 16, 2009, and on or about February 3, 2015, in the Northern District of Ohio, Eastern Division, the defendant, GANAWAY, did steal, purloin, and knowingly convert to her use and the use of others, money, to-wit: approximately $35,086 in funds deposited into her Chase checking account, of the United States and a department or agency thereof, namely, HUD.

All in violation of 18 U.S.C. § 641.

## COUNT 2

(Concealment of Assets in Bankruptcy, 18 U.S.C. §152(1))

The United States Attorney further charges:

1. The allegations contained in paragraphs 1 through 10 of Count 1 of this Information are repeated and realleged as if fully set forth herein.

2. On or about October 15, 2013, and October 28, 2013, Defendant JASMINE GANAWAY, in the Northern District of Ohio, Eastern Division and elsewhere, knowingly and fraudulently concealed her ownership interest in LRG and rental income from the HAP contract for the East 146th Street residence, from the trustee charged with control of the property, and, in connection with a case under Title 11, and from the creditors and the United States Trustee.

All in violation of 18 U.S.C. §152(1).

STEVEN M. DETTELBACH
UNITED STATES ATTORNEY

By: *[signature]*
ANN C. ROWLAND
Deputy Criminal Chief